## N. A. Williams Company, Appellee, v. C. J. McCarthy et al., on appeal of Charles S. Smith, Appellant.

### Gen. No. 23,237.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed and remanded. Opinion filed March 12, 1918. Rehearing denied March 23, 1918.

## Statement of the Case.

Bill by N. A. Williams Company, a corporation, complainant, against C. J. McCarthy, City of Berwyn, Charles S. Smith, individually and as president of the Board of Local Improvements of the City of Berwyn, and unknown owners of certain bonds, defend-

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

ants, under section 23 of the Mechanics' Liens Act (J. & A. ¶ 7161). From a decree ordering Charles S. Smith, individually and as treasurer of the Diamond-Smith Company, a corporation, to deliver up to the clerk of the Circuit Court certain bonds, and that in default thereof complainant have and recover against him a personal decree for $620.86, defendant Smith appeals.

HARRY A. BIOSSAT, for appellant.

HOLLETT, SAUTER & HOLLETT, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

CORPORATIONS, § 298*—*when personal decree against treasurer for failure to deliver municipal bonds to materialman is erroneous.* On a proceeding under section 23 of the Mechanics' Liens Act (J. & A. ¶ 7161) to enforce a lien on bonds, issued by a city, in payment for the erection of a sewer, to a contractor to whom complainant had furnished material, where the court finds that the city, after being served with notice of the lien on the bonds, delivered them to the contractor, and that the latter sold them to a corporation, which paid for them, and delivered them to the treasurer of such corporation which was controlled by the treasurer, it is error to enter a personal decree against the treasurer for the failure of the company and of him, as its treasurer, to deliver over the bonds as decreed by the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.